IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

APR 2 6 2007

RALPH L. DeLOACH, Clerk
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CASE NO. 07-20047-01-CM-JPO |
| v. ) | |
| ) | FILED UNDER SEAL |
| ROGER ALBERT BUTTER, ) | |
| Defendant. ) | |

SEALED
unsealed upon arrest

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

In or about November, 2003 through November, 2004, the exact date being unknown to the grand jury, in the District of Kansas, and elsewhere, the defendant,

**ROGER ALBERT BUTTER,**

knowingly traveled in interstate commerce from Kansas to Tennessee for the purpose of engaging in a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under the age of 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

### COUNT 2

On or about November 4, 2004, in the District of Kansas

1

**ROGER ALBERT BUTTER,**

did unlawfully, knowingly, and intentionally use facilities of interstate commerce, that is a computer, and a telephone, to attempt to knowingly persuade, induce, entice or coerce an individual he believed had not attained the age of 18 years old, to engage in sexual activity for which any person could be charged with a criminal offense in that, the defendant used his computer to engage a girl he knew had not attained the age of 18 years in graphically sexual conversation in an attempt to convince her to have sexual intercourse, in violation of Title 18 United States Code Section 2422(b).

A TRUE BILL.



DATED: 4/25/07

ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
KS S.Ct. No.12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

UNITED STATES DISTRICT JUDGE

**PENALTIES:**

**Count 1**    **18 U.S.C. § 2423(b)**
Travel in interstate commerce for purposes of engaging in a sexual act with a minor.

- NMT 15 years imprisonment
- $250,000.00 Fine;
- NMT 3 years SR; and
- $100.00 Special Assessment Fee

**Count 2**    **18 U.S.C. 2422(b)**
Use of a communication facility to attempt to coerce a minor to engage in sexual activity.

- NLT 10 years, or for life
- $250,000 Fine
- NMT 5 years SR; and
- $100 Special Assessment Fee.

3