IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 07-20047-01-CM/JPO |
| v. | ) |
| ROGER ALBERT BUTTER, | ) |
| Defendant. | ) |

## NOTICE OF ARREST

The United States of America, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Kim I. Martin, Assistant United States Attorney for said District, hereby informs the Clerk of the United States District Court, as follows:

1. On April 26, 2007, a sealed indictment was filed against the defendant ROGER ALBERT BUTTER in the above-captioned case.

2. That the sealing envelope in this case states that the indictment may be unsealed upon the arrest of the defendant.

3. That the defendant in this case was arrested on May 1, 2007.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

/s/ Kim I. Martin
KIM I. MARTIN, # 13407
Assistant U.S. Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730

SCANNED