# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

07 MAY -1 PM 1:42

UNITED STATES OF AMERICA
v.

**WARRANT FOR ARREST**

ROGER ALBERT BUTTER

Case No. 07-20047-CM/JPO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: **ROGER ALBERT BUTTER**

and bring him forthwith to the nearest magistrate to answer an:

(x)Indictment ( )Information ( )Complaint ( )Order of Court ( )Violation Notice ( )Probation Violation Petition

charging him with:

Travel in interstate commerce for purposes of engaging in a sexual act with a minor
Use of a communication facility to attempt to coerce a minor to engage in sexual activity

**SEALED**

In violation of Title 18 United States Code, Section(s) 2423

RALPH L. DeLOACH

Deputy Clerk

Bail fixed at $

CLERK

April 26, 2007, at Kansas City, Kansas

By: , District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: 1307 Francis St. Joseph, MO

| DATE RECEIVED: 27 apr 07 | NAME AND TITLE OF ARRESTING OFFICER: Angie Wilson SSA | SIGNATURE OF ARRESTING OFFICER: A Wilson |
|---|---|---|
| DATE OF ARREST: 01 May 07 | | |