# United States District Court

## for the

## District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Case Number: **1083 2:07CR20047-001**

Name of Offender: **Roger Albert Butter**

Name of Sentencing Judicial Officer:   Honorable Carlos Murguia
U.S. District Judge

Date of Original Sentence:   1/7/2008

Original Offense: **Use of a Facility of Interstate Commerce that is a Computer to Attempt to Entice a Minor to Engage in Sexual Activity,** in violation of 18 U.S.C. § 2242(b), a Class B Felony

Original Sentence:   Imprisonment - 60 Months
Supervised Release - 60 Months

Type of Supervision:   TSR          Date Supervision Commenced:   9/26/2011

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[ X ]   To modify the conditions of supervision as follows:

**The defendant shall submit his person, house, residence, vehicle(s), papers, business or place of employment and any property under the defendant's control to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

## CAUSE

Due to the nature and circumstances of the defendant's crime and the implementation of the National Sex Offender Management Procedures Manual, the U.S. Probation Office recommends a modification of the conditions of supervision to include the search condition. The modification regarding the search condition was reviewed with the defendant on January 23, 2011, and he indicated he does not wish to consult with an attorney regarding this matter. The defendant has signed a Probation Form 49, Waiver of Hearing, which is available for review.

Prob 12B                                -2-         *Request for Modifying the Conditions or*
                                                    *Terms of Supervision with Consent of the Offender*
*Name of Offender:*  Roger Albert Butter           *Case Number:*  1083 2:07CR20047-001

Respectfully submitted,

by _____
Ruth C. Yorke
U.S. Probation Officer
Date: January 25, 2012

Approved: _____
SUSPO

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Carlos Murguia
_____
Signature of Judicial Officer

2/10/2012
_____
Date

cc: AUSA