# United States District Court

## for the

## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Case Number: **1083 2:07CR20047-001**

Name of Offender: **Roger Albert Butter**

Name of Sentencing Judicial Officer: Honorable Carlos Murguia
U.S. District Judge

Date of Original Sentence: 1/7/2008

Original Offense: **Use of a Facility of Interstate Commerce that is a Computer to Attempt to Entice a Minor to Engage in Sexual Activity,** in violation of 18 U.S.C. § 2422(b), a Class B Felony

Original Sentence: Imprisonment - 60 Months
Supervised Release - 60 Months

Type of Supervision: TSR      Date Supervision Commenced: 9/26/2011

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[ X ] To modify the conditions of supervision as follows:

**The defendant shall be placed on home detention for a period of 120 days, to commence immediately. During this time, the defendant shall remain at his place of residence except for employment ; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the United States Probation Office. The defendant may be required to wear a location monitoring device, which may include Radio Frequency, Global Positioning System and/or Random Tracking at the discretion of the U.S. Probation Officer and shall abide by all technology requirements. The defendant shall follow all location monitoring procedures specified by the probation officer and shall pay all or part of the cost of participation in the location monitoring program as directed by the court and/or probation officer.**

Prob 12B                    -2-        *Request for Modifying the Conditions or*
                                        *Terms of Supervision with Consent of the Offender*
*Name of Offender:   Roger Albert Butter*           *Case Number: 1083 2:07CR20047-001*

## CAUSE

In speaking with the defendant's mother, this officer learned the defendant has been primarily living at his girlfriend's address in Oswego, Kansas, and returns home to Ottawa, Kansas about once per week to wash and exchange his clothing. When this officer discussed the defendant's living situation with him, he reported staying only at his listed residence in Ottawa.

On April 11, 2012, the defendant submitted to a maintenance polygraph test as a part of his sex offender treatment program. Prior to the test he admitted to the following violations: He reported supervised contact with minors which had not been previously approved by the probation office, and indicated he has stayed overnight in the same residence as his children, which is a violation of his conditions. He further lied to the U.S. Probation Office by stating he slept at a motel when his children were at his residence, and provided a false receipt for such. Further, Mr. Butter admitted to staying overnight in a location other than his listed and registered residence, specifically at his girlfriend's residence in Oswego, Kansas. He reported staying overnight on approximately 5 occasions over weekends. This is a violation of the Kansas Sex Offender Registration Act as Mr. Butter did not register as a sex offender at this address. The defendant also indicated he has viewed pornography.

The results of the polygraph test indicate a significant reaction to the question "other than what you have reported...have you lied about anything else to your probation officer, or lied about where you are living." The defendant offered no reason for the deceptive results.

The addition of location monitoring would serve to monitor the defendant's movements and living situation, as well as provide a sanction for the violation conduct noted. The defendant and his attorney have indicated their waiver of hearing by signing a Probation Form 49.

Respectfully submitted,

by *[signature]*

Approved: *[signature: Mary M Isanolley]*

SUSPO

Ruth C Yorke
U.S. Probation Officer
Date: April 16, 2012

| Prob 12B | -3- | *Request for Modifying the Conditions or* |
| | | *Terms of Supervision with Consent of the Offender* |
| *Name of Offender:* Roger Albert Butter | | *Case Number: 1083 2:07CR20047-001* |

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Other


                                                s/ Carlos Murguia
                                                Signature of Judicial Officer

                                                4/25/2012
                                                                               Date

cc: AUSA