# United States District Court

## for the

## District of Kansas

## Amended Petition for Warrant or Summons for Offender Under Supervision

Case Number: **1083 2:07CR20047-001**

Name of Offender: **Roger Albert Butter**

Name of Sentencing Judicial Officer:   Honorable Carlos Murguia
                                       U.S. District Judge

Date of Original Sentence:   1/7/2008

Original Offense: **Use of a Facility of Interstate Commerce that is a Computer to Attempt to Entice a Minor to Engage in Sexual Activity,** in violation of 18 U.S.C. § 2422(b), a Class B Felony

Original Sentence:   Imprisonment - 60 Months
                     Supervised Release - 60 Months

Type of Supervision:   TSR          Date Supervision Commenced:   9/26/2011

Asst. U.S. Attorney:   Kim Martin   Defense Attorney:   Ronald Wurtz

## PETITIONING THE COURT

[ X ]   To issue a warrant
[ ]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | **Special Condition:** "The defendant shall be placed on home detention for a period of 120 days, to commence immediately. During this time, the defendant shall remain at his place of residence except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities preapproved by the United States Probation Office. The defendant may be required to wear a location monitoring device, which may include Radio Frequency, Global Positioning System and/or Random Tracking at the discretion of the U.S. Probation |

**Officer and shall abide by all technology requirements. The defendant shall follow all location monitoring procedures specified by the probation officer and shall pay all or part of the cost of participation in the location monitoring program as directed by the court and/or probation officer;" and**

2) **Standard Condition #3: "The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer."**

On April 25, 2012, the defendant's conditions of supervision were modified to place him on home detention per the above condition due to various violations of his conditions of release including unauthorized minor contact, not living at his reported and registered address, and viewing pornography. He was placed on monitoring on May 4, 2012, and a schedule was set at that time. On May 10, 2012, the defendant's GPS tracking system showed him in Forest Park, in Ottawa, Kansas from 14:51 through 15:59, during which time he was only scheduled to be at work.

When confronted with this information, the defendant reported getting off work early and decided to look for apartments. This officer inquired what apartments were located inside Forest Park, to which Mr. Butter claimed he was looking at a house for rent along the fence line of the park. After further discussion, the defendant eventually admitted he was not looking at a house, but rather had "met a guy" in the park. He would not elaborate on what he was doing in the park for the hour he was there.

The defendant is only authorized to travel directly to and from work, and did not have permission to spend time in the park on this date.

3) **Special Condition #4: The defendant shall successfully participate in a mental health treatment program and/or sex offender treatment program. The defendant shall take all medications as prescribed by his physician. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to periodic polygraph testing to determine if the defendant is in compliance with the conditions of supervision and share in the costs of the treatment based on the ability to pay.**

4) **Special Condition #8: The defendant shall neither possess nor have under his/her control any material that depicts sexually explicit conduct involving adults or minor(s), child pornography, or visual depictions of minor(s) engaged in sexually explicit conduct, all as defined in 18 U.S.C. § 2256.**

On May 18, 2012, Mr. Butter was arrested by the U.S. Marshals on a supervised release warrant. When Mr. Butter was arrested he was in possession of a cell phone. The U.S. Marshals viewed the images on this cell phone and observed multiple photographic images.

**U.S. Probation Officer Recommendation: The offender is already in custody on the original petition. Amended to include additional conduct; no additional warrant is needed.**

The term of supervision should be:

[ X ]   Revoked
[ ]     Extended for  year(s), for a total term of  years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 18, 2012

*Kmshawubers*

Approved:

*Michelledl Copler*
_____(for)_____
SUSPO

Ruth C. Yorke
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
[ ]    The Issuance of a Summons
[x]    **Other**

|                                |
|--------------------------------|
| s/ Carlos Murguia              |
| Signature of Judicial Officer  |
| 5/18/2012                      |
| Date                           |

cc: AUSA