FILED
DISTRICT COURT
DISTRICT OF KANSAS

2012 MAY 18 PM 4:07

TIMOTHY M. O'BRIEN
CLERK
BY_____ DEPUTY
AT KANSAS CITY, KS

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Roger Albert Butter | ) | Case No. 07-20047 CM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

RECEIVED
MAY 17, 2012

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Roger Albert Butter
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervision.

Date:   05/17/2012

_____
Issuing officer's signature

City and state:   Kansas City, Kansas

K. O'Keefe - Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* May 17, 2012, and the person was arrested on *(date)* May 18, 2012
at *(city and state)* Ottawa, KS

Date:   5/18/2012

_____
Arresting officer's signature

John S. Volk   DUSM
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____